UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1014 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| RANDY L. RASSATT, | ) | |
| Defendant. | ) | |

Based on the entire file herein and for good cause shown, pursuant to F.R.Civ.P. 4(m) it is hereby

ORDERED the time in which to serve the summons and complaint in the above entitled case is and shall be extended for an additional sixty days until April 6, 2002.

No further extensions will be granted.

Dated this 7th day of February 2002.

Franklin L. Noel

The Honorable Franklin L. Noel
United States Magistrate Judge



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK